IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RUBBY JAMES GRAY
ADC #500127                                                              PLAINTIFF

v.                          No. 3:15-cv-76-DPM-JJV

DALTON SHANNON, Officer, Jonesboro
Police Department; MARTY BOYD, Sheriff,
Craighead County; BRETT DUNCAN, Jail
Administrator, Craighead County Detention
Facility; ART BENTLEY, Doctor, Craighead
County Detention Facility; CHASITY
JACKSON, Nurse; and TRACEY REESE,
Nurse                                                                    DEFENDANTS

### ORDER

Unopposed recommendation, № 8, adopted as modified. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Gray's claims against Bentley and Jackson may proceed. All other claims against all other defendants are dismissed without prejudice for various reasons.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 May 2015