IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RUBBY JAMES GRAY
ADC #500127                                                                              PLAINTIFF

v.                              No. 3:15-cv-76-DPM

ARTHUR BENTLEY, Doctor, Craighead
County Detention Facility, and
CHASTITY JACKSON, Nurse*                                                          DEFENDANTS

ORDER

Unopposed recommendation, № 25, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Bentley and Jackson's motion for summary judgment, № 22, is granted. Gray's claims against them will be dismissed with prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 February 2016

---

*The Court directs the Clerk to correct the docket: Defendant Jackson's first name is Chastity; and Defendant Bentley's first name is Arthur.