IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RUBBY JAMES GRAY
ADC #500127                                                                PLAINTIFF

v.                              No. 3:15-cv-76-DPM

DALTON SHANNON, Officer, Jonesboro
Police Department; MARTY BOYD, Sheriff,
Craighead County; BRETT DUNCAN, Jail
Administrator, Craighead County Detention
Facility; ARTHUR BENTLEY, Doctor, Craighead
County Detention Facility; CHASTITY JACKSON,
Nurse; TRACEY REESE, Nurse; and MATT HALL,
Assistant Jail Administrator, Craighead County Jail         DEFENDANTS

## JUDGMENT

1. Gray's claims against Shannon, Boyd, Duncan, Reese, and Hall are dismissed without prejudice.

2. Gray's claims against Bentley and Jackson are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 February 2016